Case 1:08-cv-08748-JFK   Document 56   Filed 0...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar. 13, 2013

```
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
IN RE:                                   :
FOSAMAX PRODUCTS LIABILITY LITIGATION    :   No. 06 MD 1789 (JFK)
---------------------------------------- :
This document relates to all actions.    :   ORDER
---------------------------------------- X
```

**John F. Keenan, United States District Judge:**

In an Opinion and Order dated November 20, 2012, the Court entered a Lone Pine order as to plaintiffs who did not allege osteonecrosis of the jaw or osteomyelitis. The Court stated that "the failure to comply with the terms of this Order within the time periods prescribed by this Order may result in the dismissal of the delinquent plaintiffs' actions with prejudice." (Opinion and Order of Nov. 20, 2013 at 12.)

In Exhibit A, below, Merck has identified the Plaintiffs who have failed to provide the required reports, along with the individual civil action numbers. In furtherance of the Lone Pine order, it is hereby

ORDERED as follows:

1. If any plaintiff identified in Exhibit A does not provide the required information and documents within thirty (30) days of the date of entry of this Order, this Court, upon motion, may dismiss the delinquent plaintiff's action with prejudice and/or impose other sanctions, which may include monetary penalties, based upon that plaintiff's willful failure to comply with the

Court's discovery orders and/or inability to come forward with sufficient proof of his or her claim.

2. Dismissals made under this Order will dismiss the plaintiff's case in its entirety (as to all named defendants) and will be on the merits, with the intent that any further claim by a dismissed plaintiff arising as a consequence of his or her treatment with Fosamax shall be precluded.

3. The Court also may issue an injunction pursuant to the All Writs Act, 28 U.S.C. § 1651, enjoining plaintiffs and their counsel from re-filing in any court any claim or action so dismissed.

4. Any attorney who represents a plaintiff who has not served the required information and documents and as to whom a motion to dismiss has been made as provided herein, no later than twenty-one (21) days after the date thereof, shall provide a copy of this Order to that plaintiff and advise that plaintiff of the sanctions and/or judgment that may be imposed. Sanctions may be imposed upon any attorney who fails to notify his or her client as provided herein and the Court may bring such failure to the attention of disciplinary authorities in any state.

5. If counsel for any plaintiff identified in Exhibit A contends that he or she in fact has served the required information and documents, such counsel shall notify the Court and Defendants' Counsel of that fact within twenty-one (21) days of the date of entry of this Order, together with the date of such service and the name and address of the person upon whom it was served and, upon request, a copy of the necessary documents.

To the extent any of the above directives are in disagreement with the November 20, 2012 Opinion and Order, this Order shall govern.

SO ORDERED.
Dated:   New York, New York
         March /3, 2013

```
                                    John F. Keenan
                                    United States District Judge
```

# Exhibit A

**LONE PINE RESPONSES DUE 2/20/13 AND NOT RECEIVED:**

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Abdelghani, Sozan | Abdelghani, Sozan | 08-cv-3203 | Sanders Viener Grossman |
| Altamirano, Rosemond Carol | Altamirano, Rosemond Carol | 08-cv-3199 | Sanders Viener Grossman |
| Attard, Renate | Attard, Renate | 06-cv-13440 | Rosenbaum Faria |
| Augustus, Henry | Augustus, IV, Henry J. | 07-cv-3515 | Bohrer Law Firm |
| Bahosh, Ilona | Bahosh, Ilona | 07-cv-6737 | Reich & Binstock |
| Blackwood, Jeanne | Blackwood, Jeanne | 08-cv-10479 | Rosenbaum Faria |
| Boniol, Sandra | Boniol, Sandra | 06-cv-12968 | Neblett Beard & Arsenault |
| Brim, Lois | Brim, Lois | 07-cv-11613 | Batson Nolan; Law Offices of David Randolph Smith |
| Allen, Betty | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Allsup, Terry | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Almaretta, Casey | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Anderson, Emma | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Anderson, Robert | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Astacio, Rosa | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Baker, Marcia | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bandiera, Vincent | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Beattie, Lolita | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bellej, Adelyn | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Berdu, Claire | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bevill, Deborah | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Booth, Helen | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bral, Lois | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Breen, Robert | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Breitman, Judy | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Broderick, Anna | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Brooks, Esther | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Brosius, April | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Brown, Garth | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Brugger, Ann | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bryant, Sharon | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Bujdoso, Illene | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Burch, Vivian | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Burnett, Robert | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Burton, June | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Calascibetta, Silvana | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Cardenas, Margaret | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Carter, Naomi | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Casale, Patricia | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Menlove, Donald | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Rovella, Patricia | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Wheeler, Delois | Bujdoso, Illene | 07-cv-9480 | Phillips Webster (Finson) |
| Burns, Charlette | Burns, Charlette | 08-cv-1803 | Laminack Pirtle & Martines |

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Caliguire, Florence | Caliguire, Florence | 11-cv-1731 | The Gallagher Law Firm |
| Clayton, Anne | Clayton, Anne | 07-cv-1321 | Phillips Webster (Finson) |
| Clayton, Joan | Clayton, Joan | 10-cv-1293 | Diez-Arguelles & Tejedor |
| Cohn, Sylvia | Cohn, Sylvia | 06-cv-11454 | Rosenbaum Faria |
| Hunter, Cathey | Cooper, Sandra | 07-cv-9710 | Laminack Pirtle & Martines |
| Kirtman, Debra | Cooper, Sandra | 07-cv-9710 | Laminack Pirtle & Martines |
| Thomas, Delcie | Cooper, Sandra | 07-cv-9710 | Laminack Pirtle & Martines |
| Covington, JoAnn | Covington, JoAnn | 09-cv-882 | Law Offices of Howard L. Nations; Ashcraft & Gerel |
| Cox, Billie M. | Cox, Billie | 10-cv-6405 | Carey Danis & Lowe |
| Crochiere, Joyce | Crochiere, Joyce | 07-cv-6749 | Reich & Binstock |
| Dawson, Frances | Dawson, Frances | 07-cv-6743 | Reich & Binstock |
| Debacco, Gerald | Debacco, Gerald | 10-cv-1289 | Diez-Arguelles & Tejedor, P.A |
| Anastasion, Donna | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Blackledge-Hinz, Julie | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Botto-Murphy, Deborah | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Curtis, Sally Ann | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Furguson, Darryl | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Hawkins, Debra | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Hosmer, Christine | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Krainbill, Lila | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Maher, Elizabeth | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Perez, Elvira | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Reidinger, Tina | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Reyes, Wanda | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Robinson, Florine | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Rolon, Elizabeth | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Wyskiver, LeeAnn | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Zion, Larry L. | Demsky, Jeri | 07-cv-9479 | Phillips Webster (Finson) |
| Didway, Katherine | Didway, Katherine | 09-cv-4911 | Cory Watson |
| Donastorg, Alfida | Donastorg, Alfida | 08-cv-4108 | Morelli Ratner |
| Escobar, Jose | Escobar, Jose | 08-cv-4104 | Morelli Ratner |
| Morley, Patricia | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Palmer, Richard | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Parikh, Mina | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Parman, Trudy | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Patt, Marcia | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Petersen, Arlene | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Peterson, Pamela | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Pickering, Celia | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Pinson, Elissa | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Price, Edna | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Price-White, Debra | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Quinn, Doris | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Krause, Sallye | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Lipshaw, Marion | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Long, Jeffrey | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| McKinley, Dorothy | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Meeks, Ruby | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Mulhall, John | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Nash, Jane | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Oman, Judi | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Pender, Eleanor | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Pendley, Patricia | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Pilsner, Yolanda | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Rawle, Mary | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Robbins, Judy | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Rogers, Verona | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Rosario, Aida | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Rummell, Grant | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Schreck, Erma | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Simpson, Betty | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Teeter, Helga | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Van Dalen, John | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Galluzzo, Madeline P. | Galluzzo, Madeline | 10-cv-4930 | Rosenbaum Faria |
| Gilbert, Claire | Gilbert, Claire | 08-cv-10480 | Rosenbaum Faria |
| Gilliam, Dana Lee | Gilliam, Dana | 11-cv-1388 | Carey Danis & Lowe |
| Gilliam, Geraldine | Gilliam, Geraldine | 08-cv-3205 | Sanders Viener Grossman |
| Goodell-Dunham, Della | Goodell-Dunham | 08-cv-11152 | Clayeo C. Arnold |
| Brockel, Patty | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Burgess, Janice | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Chairez, Clara | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Chase, Eleanor | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Duran, Mary | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Durant, Elena | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Eifolla, Dennis | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Feaster-Fields, Patricia | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Franklin, Shannon | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Garriss, Kathryn | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Girard, Kathleen | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Green, Clara | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Harrison, Daisie | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Havens, Marlene | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Hicks, Vera | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Ibarra, Martha | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Jamison, Lupe | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Johnson, Iris | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Levine, Teddy | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Ramirez, Maria | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Read, Linda | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Reyes, Nicky | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Reynolds, Sandra | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Rivers, Yvon | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Rogers, Jane | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Rosario, Millicent | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Ross, Rose | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Sack, Shirley | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Salas-Closs, Vanessa | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Saloum, Nancy | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Saposnek, Janice | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Schiff, LaVonne | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Segura, Beatrice | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Seth, Diane | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Smith, Carolyn | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Snyder, Betty | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Spreadborough, Judith | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Steinberg, Wilhelmina | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Stevens, Charleen | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Stevens, Margaret | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Stottlemyer, Lana | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Taylor, Phillip S. | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Tindall, Alma L. | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Tortorete, Isabelle | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Tramutola, Adelaide | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Turner, Jr., Robert | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Vera, Estella | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Viard, Joan | Evans, Rose | 07-cv-7289 | Phillips Webster (Finson) |
| Feigin, Sondra N. | Feigin, Sondra | 10-cv-6403 | Carey Danis & Lowe |
| Augerson, Lillie | Ferraro, Nancy | 07-cv-3294 | Phillips Webster (Finson) |
| Ferraro, Nancy | Ferraro, Nancy | 07-cv-3294 | Phillips Webster (Finson) |
| Graham, Jerry | Ferraro, Nancy | 07-cv-3294 | Phillips Webster (Finson) |
| Ballou, Beverly | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Barquet, Lawrence | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Becker, William | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Benedia, Agnes | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Bolado, Mary | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Brady, Wanda | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Contreras, Esther | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Finch, Francis | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Finegold, Leo | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Guerin, Frances | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |
| Johnson, Melba | Finch, Francis | 07-cv-9481 | Phillips Webster (Finson) |

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Long, John Grady | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Minnis, Lottie | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Richardson, Edna | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Visnesky, Debra | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Wachter, Corinne | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Walker, Minnie | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Waters, Ruby | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Watkins, Gwendolyn | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Weiss, Tilda | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Whealy, Lisa | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Whisnant, Janis | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Williams, Carol | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Williams, Ollen | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Williams, Patricia | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Wise, Norma J. | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Wood, Frances | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Wowk, Laura | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Youtz, Sandra | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Zekan, Maria E. | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Zenil, Octavio | Goss, Marion | 07-cv-7290 | Phillips Webster (Finson) |
| Groner, Harriett | Groner, Harriett | 06-cv-11455 | Rosenbaum Faria |
| Grossmann, Stacy | Grossmann, Stacy | 10-cv-8674 | Roemer Wallens Gold & Minneaux |
| Guetter, Mary Ann | Guetter, Mary Ann | 08-cv-310 | Pittman Germany |
| Guyant, Mary | Guyant, Mary | 07-cv-10471 | Hovde Dassow |
| Hale, Martha L. | Hale, Martha | 08-cv-8747 | Parker Waichman Alonso, LLP |
| Harrill, Mary | Harrill, Mary | 08-cv-9967 | Douglas & London |
| Highet, Ernestine | Highet, Ernestine | 07-cv-9477 | Clayeo C. Arnold |
| Hille, Beverly | Hille, Beverly | 12-cv-1165 | John Sileo; Kevin Riche |
| Horn, Regina | Horn, Regina | 08-8073 | Russel Beatie |
| Cervantes, Angeline | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Charles, Elizabeth | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Clinton, Carmelita | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Colclough, James | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Commike, Eileen | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Coutee, Thelma | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Crawford, Charleen | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Curley, Judy | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Daley, Elsie | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Dallmer, Teresa | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Davidson, Jennye | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Davis, Lucy | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Decker, Hannelore | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Dewlaney, Patricia | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Dollar, Donna | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Donovan, Eileen | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |

| Plaintiff Name | Case Name | Case Number | Plaintiff Counsel |
|---|---|---|---|
| Dorsey, Candice | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Dossie, Evette | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Doucette, Dorothy | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Duran, Norma | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Eddington, Margaret | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Ehler, Shirley | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Ernst, Robert | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Estes, Gloria | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Fakhoury, Mary | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Fekete, Veronica | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Finley, Sharon | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Fullbright, Carmen | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Garcia, Lucy C. | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Gibbs, Dorothy | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Gillespie, Janet | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Glockenmeier, Eric | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Gomez Del Castillo, Ana | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Gonzales, Clova | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Govostes, Paula | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Horton, Bennie | Horton, Bennie | 07-cv-9482 | Phillips Webster (Finson) |
| Hulse, Karen D. | Hulse, Karen D. | 08-cv-9212 | Blizzard McCarthy Nabers |
| Draeger, Susan | Draeger, Susan | 09-cv-3044 | Aylstock, Witkin, Kreis & Overholtz |
| Babadzhanova, Lyudmila | Babadzhanova, Lyudmila | 08-cv-3206 | Sanders Viener & Grossman |